NICHOLAS DEL SPINA, PLAINTIFF-RESPONDENT, v. GETTY OIL COMPANY, *ET AL.*, DEFENDANTS-APPELLANTS.

Argued June 3 and 4, 1969—Decided June 6, 1969.

*Mr. Francis E. P. McCarter, Mr. William Simon* of the District of Columbia Bar, and *Mr. William P. Riess* argued the cause for appellants (*Messrs. Ryan, Foster and Garofalo, Messrs. Moore and Howell, Mr. Verling C. Enteman, Messrs. McLaughlin, Dawes and Abbotts, Messrs. Pitney, Hardin and Kipp,* and *Messrs. McCarter and English,* attorneys).

*Mr. Donald M. Weitzman* argued the cause for respondent (*Messrs. Glucksman and Weitzman,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinions of Judge Mintz in the Chancery Division, 99 *N. J. Super.* 574, 102 *N. J. Super.* 459.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN — 7.

*For reversal* — None.